1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Ste. 112
Fresno, California 93720
3  Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5  Attorney for Defendant, MONIKA MCGOVERN

6

7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10 UNIT ED STATES OF AMERICA,    )   CASE #6:05-mj-00115-WMW
                                 )
11                               )   WAIVER OF DEFENDANT'S
             Plaintiff,          )   PERSONAL APPEARANCE
12                               )
   vs.                           )
13                               )
                                 )
14 MONIKA MC GOVERN              )
                                 )
15           Defendant.          )
                                 )
16 _____ )

17         TO THE ABOVE-ENTITLED COURT:

18         The Defendant MONIKA MC GOVERN, having been advised of her right to be present

19 at all stages of proceedings, including, but not limited to, presentation of and arguments on

20 questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21 waives the right to be present at the hearing of any motion or other proceeding in this cause.

22 Examples of hearings concerning which the defendant waives the right to be present include

23 when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24 indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25 when a motion for reduction of bail or for a personal recognizance release is heard.

26         The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

1  personally present in court, and further agrees that notice to Defendant's attorney that
2  Defendant's presence in court on a particular day at a particular time is required as notice to the
3  Defendant of the requirement of Defendant's appearance at that time and place.

Dated: July 26, 2005

By: /S/ Monika McGovern

MONIKA MC GOVERN

Dated: July 27, 2005

By: /S/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
MONIKA MC GOVERN

IT IS SO ORDERED.

**Dated:   August 1, 2005**          /s/  William M. Wunderlich
mmkd34                                UNITED STATES MAGISTRATE JUDGE