# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Monica McGovern | CASE NUMBER: 6:05-mj-00115-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:  June 20, 2007**              **/s/ William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE